1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 21-181 RSM |
| Plaintiff, | Order Continuing Trial Date and PTM Deadline |
| v. | |
| SYTREL DEFRANCO BUTLER; LEO MYRON DICKERSON, | |
| Defendants. | |

**Order**

Sytrel Butler moves the Court to continue his trial, currently set for January

10, 2022, to sometime on or before May 30, 2022.   The defendant states that he

needs more time to review the recently provided discovery, to investigate his case,

and to address the companion Supervised Release Revocation Hearing (CR 18-001

RSM) in this Court.  The Government reviewed this motion and does not object;

counsel for co-defendant Leo Myron Dickerson has advised the Court that Mr.

Dickerson does not object to a continuance.  Defendant Butler has signed a speedy

1

Order Continuing Trial and PTM Deadline

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

trial waiver through July 2022; defendant Dickerson will execute a waiver of speed

trial, to be filed no later than December 15, 2021.

The Court GRANTS the motion.  In doing so, it makes the following

findings:

1.   The ends of justice served by granting this continuance outweigh the best

interests of the public and the defendants in a speedy trial. 18 U.S.C. §

3161(h)(7)(A).

2.   Proceeding to trial absent adequate time for the defense to prepare would

result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3.   The Court finds that the failure to grant the continuance would deny the

defense the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence.  Mr. Butler and Mr. Dickerson need sufficient time to

review the discovery in this case (totaling roughly 1062 pages), consult with counsel,

investigate the case, and determine how best to defend this case.  They also need

additional time to prepare for the related Supervised Release Revocation in this

Court (CR18-001RSM (Butler) and CR20-119RSM (Dickerson)).  The Court further

fines that the Covid-19 pandemic continues to be a concern as set forth in General

Order 13-21, which Mr. Butler cites with regard to the challenge of

locating/interviewing possible witnesses, meeting with counsel at the FDC, etc.

Thus, based on Mr. Butler's Motion to Continue and without objection by the co-

2

Order Continuing Trial and PTM Deadline

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

1   defendant or the government, and the Court's review of the files and records in this

2   case, the Court finds that the trial should be continued so as to allow the defendant

3   the reasonable time to defend his case.

4          Accordingly, IT IS HEREBY ORDERED that the trial date is continued to

5   **May 16, 2022 at 9:00 AM**.   The new Pretrial Motions Deadline shall be April 7,

6   2022.  The resulting period of delay from the filing date of Defendant's Motion until

7   the new trial date is excluded for speedy trial purposes under 18 U.S.C. §

8   3161(h)(7)(A) and (B).

9          IT IS SO ORDERED this 1st day of December, 2021.

10

11

12   RICARDO S. MARTINEZ

13   CHIEF UNITED STATES DISTRICT
     JUDGE

14

15

16

17

18

19

20

21

22

23

Order Continuing Trial and PTM Deadline

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881