HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEO MYRON DICKERSON,<br><br>Defendant. | Cause No. CR 21-181 RSM<br><br>**ORDER SEALING EX PARTE MOTION FOR DOCUMENTS SUBPOENAS** |

This matter having come before the Court on motion of the Defendant above-named sealing the Motion for Issuance of Documents Subpoena filed on March 8, 2022, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Defendant's Motion for Issuance of Documents Subpoena, along with the supporting Declaration and Order may be filed *Ex Parte* and shall be filed with the Clerk of the Court under Seal.

//
//
//
//

ORDER SEALING EX PARTE MOTION
FOR DOCUMENTS SUBPOENAS - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 16th day of March, 2022

						_____
						RICARDO S. MARTINEZ
						CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

/s/Devon S. Mercer
Devon S. Mercer, WSBA #58408
Attorney for Defendant

ORDER SEALING EX PARTE MOTION
FOR DOCUMENTS SUBPOENAS - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818