UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYTREL DEFRANCO BUTLER, and LEO MYRON DICKERSON,<br><br>Defendants. | NO. CR21-181 RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Having considered the government's unopposed motion for an extension of time, the Court GRANTS the motion and ORDERS that:

The government shall file its response to the defendant's Motion to Sever (Dkt. 35) no later than April 7, 2022; and the noting date for the motion shall be April 15, 2022.

Dated this 16th day of March, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Todd Greenberg*
Todd Greenberg
Assistant United States Attorney

Order Granting Motion for Extension of Time - 1
*United States v. Butler, et al.* / CR21-181 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970