UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>SYTREL DEFRANCO BUTLER,<br>Defendant | NO.  CR 21-181 RSM<br><br>Order Granting Defendant Butler's Motion to Seal Declaration of Phil Brennan and Attachments |
|---|---|

     Defendant Sytrel Butler moves the Court to seal the Declaration of Phil Brennan and the attachments.  He maintains that these documents contain sensitive information, the privacy of which outweighs the public's right to view the same.

     The Court has reviewed these documents and GRANTS the motion, for the reasons cited by the Defendant.  They shall remain under Seal.

     DATED this 1st day of July, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1

Motion to Seal - Order

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881